# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**CHRISTOPHER HARTMAN,**

                **Plaintiff,**

**vs.**                                                **Case No.: 20-cv-207**

**ANDREW SAUL,**
**Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Christopher Hartman, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated January 13th, 2021 and the judgment dated January 13th, 2021 by Federal District Judge James D. Peterson which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 11th day of March, 2021.

                                                               **DUNCAN DISABILITY LAW, S.C.**
                                                                Attorneys for the Plaintiff

                                                                 /s/ Dana W. Duncan
                                                                 _____
                                                                 Dana W. Duncan
                                                                State Bar I.D. No.
                                                                01008917 555 Birch St
                                                                Nekoosa, WI 54457
                                                                (715) 423-4000