IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER HARTMAN,

      Plaintiff,

v.

KILOLO KIJAKAZI,            Case No. 20-cv-207-jdp
Acting Commissioner of the Social Security
Administration,

      Defendant.

---

### ORDER

---

IT IS ORDERED that the parties' joint motion for relief from judgment under Federal Rule of Civil Procedure 60(b), Dkt. 45, is GRANTED. The case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Entered _December 9_, 2022.

                BY THE COURT:

                _____
                JAMES D. PETERSON
                District Judge