IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER HARTMAN,

    Plaintiff

v.                                                                           Case No.: 20 C 207

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER ON FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter coming before the court on the motion of the parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised, Plaintiff is awarded $11,700.00 for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

SO ORDERED this 5th day of January, 2023.

_____
Honorable James D. Peterson
United States District Court Judge